**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 25-1007**

—————

SAMANTHA DELANE RAJAPAKSE,

              Plaintiff - Appellant,

        v.

CAPITAL ONE N.A.,

              Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cv-00094-JAG)

—————

Submitted:  May 22, 2025                                    Decided:  May 28, 2025

—————

Before KING, AGEE, and WYNN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Samantha Delane Rajapakse, Appellant Pro Se.  Juliet B. Clark, Bryan Alan Fratkin, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samantha Delane Rajapakse appeals the district court's order (1) granting Defendant's motion to dismiss Rajapakse's claims for negligence and violation of the Coronavirus Aid, Relief, and Economic Security Act, 15 U.S.C. §§ 9001 to 9141, and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 to 1692p; and (2) denying Rajapakse's motions for sanctions against Defendant and for leave to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rajapakse v. Capital One N.A.*, No. 3:24-cv-00094-JAG (E.D. Va. Nov. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2